IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARY JOYCE BARBER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:98cv1002-VPM |
| | ) | [WO] |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

This matter is before the court on plaintiff's ["Barber"] Petition for Attorney Fee Approval

(Doc. # 14).  Barber entered into a contingency fee agreement with Charles E. Floyd, Jr. ["Floyd"],

who successfully represented Barber in her efforts to obtain Supplemental Security Income pursuant

to Title XVI of the Social Security Act, 42 U.S.C. §§ 1381 *et seq.* (2000).  The defendant awarded

Floyd $5,300 as a reasonable fee pursuant to 20 C.F.R. § 416.1520 (2004), and that amount has since

been paid.

Essentially, then, Barber seeks to have this court sanction her fee agreement, which calls for

payment of an amount exceeding the amount already awarded.  The legitimacy of the fee agreement

is not an issue in this case, however, and the court declines to enter an order essentially enforcing

it.[1]  Therefore, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 28th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1]Barber does not contend that the agreement is governed by 42 U.S.C. § 406(b).